

# Fourth Court of Appeals
## San Antonio, Texas

August 29, 2014

No. 04-14-00126-CR

Joel Price **MORRIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 5226
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Sitting: Sandee Bryan Marion, Justice
      Marialyn Barnard, Justice
      Rebeca C. Martinez, Justice

Ms. Cindy Huggins is the court reporter responsible for preparing, certifying, and filing the reporter's record in this appeal. The reporter's record was originally due June 6, 2014, and Ms. Huggins has been granted one extension of time until August 11, 2014. On August 26, 2014, Ms. Huggins asked for another extension of time in which to file her record, until September 30, 2014.

We GRANT the request for an extension of time, and it is therefore ORDERED that Ms. Huggins file the reporter's record in this court **no later than September 30, 2014. No further extensions will be granted absent extenuating circumstances.** Failure to file the reporter's record by September 30, 2014 may result in one or both of the following:

(1) abatement to the trial court for appropriate action or

(2) an order requiring Ms. Huggins to appear before this court to show cause why she should not be held in contempt.

The Clerk of this court shall cause a copy of this order to be served on Ms. Huggins by certified mail, return receipt requested, and by regular United States mail. Because the trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed, the

clerk of this court shall also cause a copy of this order to be served upon the trial court Honorable Williams N. Keith.  *See* TEX. R. APP. P. 35.3(c).

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of August, 2014.

Keith E. Hottle
Clerk of Court